UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

FILED BY ___JBS___ D.C.

**Jun 8, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Prob22
(3/03)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran Court) |
|---|
| CR-22-00199-002-PRW |

| DOCKET NUMBER (Rec Court) |
|---|
| 23-tp-20047-Ruiz |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT<br>Western District of Oklahoma | DIVISION<br>Oklahoma City |
|---|---|---|

NAME OF SENTENCING JUDGE
Honorable Patrick R. Wyrick, United States District Judge

Clever Medina-Martinez

| DATES OF PROB/TSR RELEASE | FROM<br>March 23, 2023 | TO<br>March 22, 2025 |
|---|---|---|

Offense:
Conspiracy, in violation of 18 U.S.C. § 371

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/25/2023
Date

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

06/07/23
Date

United States District Judge

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

*6486172*

# UNITED STATES DISTRICT COURT

Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| CLEVER MEDINA-MARTINEZ | Case Number:   CR-22-00199-002-PRW |
| | USM Number:   98126-509 |
| | Edward M Blau |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1 of the Indictment returned on May 17, 2022

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 1 | 4/14/2022 |

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)   Count 2 of the Indictment returned May 17, 2022   ☒ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 23, 2023
Date of Imposition of Judgment

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

3/23/2023
Date Signed

AO 245B (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Probation

Judgment—Page ___2___ of ___6___

DEFENDANT:        Clever Medina-Martinez
CASE NUMBER:   CR-22-00199-002-PRW

## PROBATION

You are hereby sentenced to probation for a term of:
**24 months**

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight (8) drug tests per month.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.  ☒  You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.  ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act  (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6   ☐  You must participate in an approved program for domestic violence. *(check if applicable)*
7.  ☒  You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (check if applicable)
8.    You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.    If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10.  You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 2A — Probation

Judgment—Page ____3____ of ____6____

DEFENDANT:         Clever Medina-Martinez
CASE NUMBER:       CR-22-00199-002-PRW

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. Stricken.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's
Signature

Date  03/28/03

AO 245B(Rev. 09/19)   Judgment in a Criminal Case
Sheet 2B— Probation

Judgment—Page __4__ of __6__

DEFENDANT:        Clever Medina-Martinez
CASE NUMBER:   CR-22-00199-002-PRW

## SPECIAL CONDITIONS

The defendant shall not make application for any loan or enter into any credit arrangement without first consulting with the probation officer.

The defendant shall disclose all assets and liabilities to the probation officer. The defendant shall not transfer, sell, give away or otherwise convey any asset, without first consulting with the probation officer.

If the defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender and/or make available for review, any and all documents and records of said business or enterprise to the probation officer.

The defendant shall, upon request of the probation officer, authorize release of any and all financial information, to include income records, income tax records, and social security records, by execution of a release of financial information form, or by any other appropriate means.

The defendant shall notify the court and the Attorney General of any material change in economic circumstances that might affect the defendant's ability to pay a fine and/or restitution.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
       Sheet 5 — Criminal Monetary Penalties

| | | | Judgment — Page | 5 | of | 6 |
|---|---|---|---|---|---|---|

DEFENDANT:       Clever Medina-Martinez
CASE NUMBER:    CR-22-00199-002-PRW

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 22,400 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Bank of Oklahoma
1 Williams Center
Tulsa, Oklahoma 74192 | | $22,400 | |
| **TOTALS** | $ _____ | $ _____ $22,400 _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\*    Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
    Sheet 6 — Schedule of Payments

|  | Judgment — Page | 6 | of | 6 |
|---|---|---|---|---|

DEFENDANT:    Clever Medina-Martinez
CASE NUMBER:    CR-22-00199-002-PRW

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of $ __22,500__ due immediately, balance due

      ☐  not later than _____ , or

      ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days)
      after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's
      ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

      If restitution is not paid immediately, the defendant shall make payments of the greater of **$200** per month or 10%
      of defendant's gross monthly income, as directed by the probation officer. Payments are to commence not later than
      30 days after placement on probation. Payments shall be forwarded to the U.S. Court Clerk for distribution to the
      victim(s).

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be paid through the United States Court Clerk for the Western District of Oklahoma, 200 N.W. 4th Street, Room 1210, Oklahoma City, Oklahoma 73102.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| Wilfredo Lezama-Garcia CR-22-199-3<br>Chevalier Jesus Martinez CR-22-199-1 | $22,400 | $22,400 | |

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:
      All right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dated _____ (doc. no. ____).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,      )
                                     )
         **Plaintiff,**                 )
                                     )
       **-vs-**                     )      No. CR-22-199-PRW
                                     )
CLEVER MEDINA-MARTINEZ,     )      <u>**FILED UNDER SEAL**</u>
                                     )
         **Defendant.**               )

## <u>PLEA SUPPLEMENT</u>

1.     Clever Medina-Martinez, Ed Blau, Defendant's attorney, and the United States of America agree that this Plea Supplement, contemporaneously filed under seal with the Plea Agreement, together, comprise the entire agreement between Defendant and the United States concerning Defendant's plea of guilty in this case.

2.     Defendant agrees to cooperate fully with the United States by providing truthful, candid and complete information as to all matters within Defendant's knowledge concerning Defendant's wrongful conduct as well as any wrongful conduct involving others. Pursuant to § 1B1.8 of the United States Sentencing Guidelines ("the Guidelines"), when such information is first provided to the United States by Defendant (instead of initially provided by any accomplices of Defendant or other independent sources), it will not be used against Defendant in determining the advisory Guidelines range. Defendant understands that such cooperation will include (a) attending all meetings at which the United States requests Defendant's presence; (b) providing to the United States, upon

request, any document, record, or other tangible evidence relating to matters about which the United States or any designated law enforcement agency inquires; (c) testifying truthfully before the grand jury and at any trial or other court proceedings if requested to do so by the United States; and (d) bringing to the attention of the United States all crimes that Defendant has committed, and all administrative, civil or criminal proceedings, investigations, or prosecutions in which Defendant has been or is a subject, target, party, or witness. Further, to the extent that Defendant has entered into any joint defense agreements, Defendant agrees to withdraw from such agreements and to advise the United States of such withdrawal. In addition, Defendant agrees not to share with anyone, other than Defendant's counsel, the content of Defendant's cooperation and the questions asked to Defendant by the United States, absent consent by the United States or an obligation under the law.

3. The parties understand that no statements made by Defendant subsequent to and in response to this Plea Supplement will be used directly against Defendant in any subsequent criminal proceeding, except in a prosecution for perjury or a false-statement offense. This restriction does not affect the rights and obligations of the United States, as stated herein, concerning the prosecution of this case, except as limited by § 1B1.8 concerning calculation of the applicable Guidelines range. Moreover, the parties also recognize that the United States specifically reserves the right to (a) use any statements made by Defendant to impeach Defendant if Defendant ever testifies in an inconsistent or

contrary manner during any trial or other proceeding; and (b) to pursue and investigate any leads that may arise from statements made by Defendant.

4.      The parties also recognize that if the Court determines Defendant has violated any provision of this Plea Supplement, (a) all written or oral statements made by Defendant to the Court or to federal or other designated law enforcement agents, any testimony given by Defendant before a grand jury or other tribunal, whether before or after the signing of this Plea Supplement, and any leads from those statements or testimony, shall be admissible in evidence in any criminal proceeding brought against Defendant; and (b) Defendant shall assert no claim under the United States Constitution, any statute, Federal Rule of Criminal Procedure 11(f), Federal Rule of Evidence 410, or any other federal rule or law that those statements or any leads from those statements should be suppressed. Defendant knowingly and voluntarily waives Defendant's rights described in this paragraph as of the time Defendant signs this Plea Supplement.

5.      The United States reserves the right to inform the Probation Office and the Court of the nature and extent of Defendant's cooperation with the United States.

6.      Further, the United States, in its sole discretion and by whatever means it deems appropriate, will evaluate Defendant's cooperation in determining whether a motion for downward departure under § 5K1.1 of the advisory Guidelines, including a motion to depart below a statutory minimum sentence under 18 U.S.C. § 3553(e), or a reduction of sentence under Federal Rule of Criminal Procedure 35(b) is appropriate. Defendant understands that the decision whether to make such a motion is likewise solely within the

discretion of the United States, and that a negative decision will not allow a guilty plea to be withdrawn.

7. Defendant knowingly and voluntarily waives any objection to this Plea Supplement being filed under seal.

8. By signing this Plea Supplement, Defendant acknowledges that Defendant has discussed its terms with Defendant's attorney and understands and accepts those terms. Further, Defendant acknowledges that this Plea Supplement, in conjunction with the Plea Agreement filed contemporaneously, contains the only terms of the agreement concerning Defendant's plea of guilty in this case, and that there are no other deals, bargains, agreements, or understandings which modify or alter these terms.

Dated this 14th day of July, 2022.

APPROVED:

ROBERT J. TROESTER
United States Attorney

JESSICA PERRY
Deputy Chief, Criminal Division

CHARLES BROWN
Assistant U.S. Attorney
Western District of Oklahoma
210 Park Avenue, Ste. 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (FAX)

CLEVER MEDINA-MARTINEZ

ED BLAU
Attorney for Defendant

4

**FILED**

MAY 1 7 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

PRW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 22-199 |
| -vs- | ) | |
| | ) | |
| CHEVALIER JESUS MARTINEZ, | ) | Violations: 18 U.S.C. § 371 |
| CLEVER MEDINA-MARTINEZ, | ) | 18 U.S.C. § 2113(b) |
| WILFREDO LEZAMA-GARCIA, and | ) | 18 U.S.C. § 2 |
| EDGAR JOHAN RAVELO, | ) | |
| | ) | |
| Defendants. | ) | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### Introduction

At all times material to this Indictment:

1.      Bank of Oklahoma was a financial institution, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation.

2.      TransFund was a subsidiary of Bank of Oklahoma that operated a large network of automated teller machines ("ATMs") throughout the United States.

## COUNT 1
### (Conspiracy to Commit Bank Theft)

3.     The Federal Grand Jury incorporates by reference paragraphs 1 through 2.

4.     Beginning in or before January 2022, and continuing through at least April

14, 2022, in the Western District of Oklahoma and elsewhere,

------------------------------ **CHEVALIER JESUS MARTINEZ,**
                        **CLEVER MEDINA-MARTINEZ,**
                        **WILFREDO LEZAMA-GARCIA, and**
                        **EDGAR JOHAN RAVELO** -------------------------------------------

did knowingly, willfully, unlawfully, and with interdependence, combine, conspire,

confederate, and agree with each other and with other persons, both known and unknown

to the Federal Grand Jury, to commit offenses against the United States, that is, to take

and carry away with intent to steal and purloin, money with a value exceeding $1,000,

belonging to and in the care, custody, control, management and possession of banks that

were insured by the Federal Deposit Insurance Corporation, in violation of Title 18,

United States Code, Section 2113(b).

5.     The object of the conspiracy was to steal United States currency from

ATMs containing funds belonging to banks that were insured by the Federal Deposit

Insurance Corporation.

6.     It was part of the conspiracy that the coconspirators would illegally access

the computers inside the ATMs and then install malware onto the computers.  This

enabled the coconspirators to control the ATMs and command them to dispense large

amounts of cash repeatedly until the ATMs were empty.  Due to the rate and volume of

cash dispensed in such a scheme, this type of theft is often referred to as ATM "jackpotting."

7. The coconspirators had a variety of assignments, including unlocking the ATMs, accessing the computers, installing the malware, collecting cash, and performing countersurveillance to avoid law enforcement.

## Overt Acts

8. In order to effect the object of the conspiracy, the coconspirators committed the following overt acts, among others:

A. On or about April 14, 2022, the coconspirators drove to the OnCue convenience store located at 13600 N. Western Avenue, in Oklahoma City, Oklahoma, with the intent to jackpot the TransFund ATM located inside that store. At approximately 3:00 p.m., **Chevalier Jesus Martinez** and **Wilfredo Lezama-Garcia** approached the ATM. **Chevalier Jesus Martinez** inserted a card into the ATM, then tampered with the exterior of the ATM before unlocking the top portion of the ATM, which provided access to the ATM's computer. **Wilfredo Lezama-Garcia** stood immediately to the right of **Chevalier Jesus Martinez** and blocked the line of sight of the cashiers. These two coconspirators then left the store.

B. **Clever Medina-Martinez** then entered the OnCue wearing a blue shirt and red wig, while carrying a keyboard. He immediately approached the ATM, slid out the top portion of the machine, and connected the keyboard to the ATM's computer. TransFund confirmed that this ATM went offline at approximately 3:21 p.m. After

working inside the ATM for several minutes, **Clever Medina-Martinez** removed the keyboard, closed the top portion of the ATM, and then left the store.

      C.     During this time, **Edgar Johan Ravelo** conducted countersurveillance in front of the OnCue.

      D.     At approximately 4:36 p.m., **Clever Medina-Martinez** entered the OnCue, approached the ATM, and slid the top portion out. He appeared to remove something from inside the ATM before he closed it and left the store. TransFund confirmed this ATM went back online at approximately 4:38 p.m. and was fully operational at 4:39 p.m. TransFund further confirmed that the amount of money inside this ATM at that time exceeded $1,000.

      E.     **Clever Medina-Martinez** left the OnCue and entered the front passenger seat of a Nissan Altima being driven by **Wilfredo Lezama-Garcia**.

      F.     The Federal Grand Jury hereby alleges and incorporates by reference all of the allegations and statements contained in Count 2 of this Indictment as overt acts of the conspiracy.

      All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Bank Theft)

9.     The Federal Grand Jury incorporates by reference paragraphs 1 through 7.

10.    On or about January 23, 2022, in the Western District of Oklahoma,

----------------------------- **CHEVALIER JESUS MARTINEZ and**
               **CLEVER MEDINA-MARTINEZ,** -----------------------------------

aided and abetted by each other, did take and carry away with intent to steal and purloin,

approximately $22,400 of money belonging to and in the care, custody, control,

management and possession of Bank of Oklahoma, a bank whose deposits were then

insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(b) and Title 18,

United States Code, Section 2.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

CHARLES W. BROWN
Assistant United States Attorney

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

CLOSED,DET,INTERPRETER,REL,_TS

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CRIMINAL DOCKET FOR CASE #: 5:22-cr-00199-PRW-2

Case title: USA v. Martinez et al

Magistrate judge case number: 5:22-mj-00280-AMG

Date Filed: 05/17/2022

Date Terminated: 03/23/2023

Assigned to: Judge Patrick R Wyrick

**Defendant (2)**

**Clever Medina-Martinez**
*TERMINATED: 03/23/2023*

represented by    **Edward M Blau**
Blau Law Firm PLLC
101 Park Ave
Suite 600
Oklahoma City, OK 73102
405-232-2528
Fax: 405-232-2532
Email: edblau@blaulawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Daniel Page**
Blau Law Firm PLLC
101 Park Ave
Suite 600
Oklahoma City, OK 73102
405-232-2528
Email: daniel@blaulawfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Pending Counts**

18:371 CONSPIRACY TO COMMIT
BANK THEFT
(1)

**Disposition**

Defendant sentenced to a term of
Probation for a term of 2 years; S/A Fee of
$100 due immediately; Defendant ordered
to pay restitution in the amount of
$22,400.00 due immediately

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(b) & 18:2 BANK THEFT & AIDING AND ABETTING (2) | ORDER OF DISMISSAL |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY and 18:2113(b) BANK LARCENY | |

---

**Plaintiff**

| **United States of America** | represented by | **Charles William Brown** |
|---|---|---|
| | | US Attorney's Office-OKC |
| | | 210 W Park Ave |
| | | Suite 400 |
| | | Oklahoma City, OK 73102 |
| | | 405-553-8871 |
| | | Fax: 405-553-8888 |
| | | Email: charles.brown4@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **D.H. Dilbeck** |
| | | DOJ-USAO |
| | | 210 Park Avenue |
| | | Suite 400 |
| | | Oklahoma City, OK 73102 |
| | | 405-553-8758 |
| | | Email: dale.dilbeck@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2022 | 1 | COMPLAINT as to Chevalier Jesus Martinez (1), WIlfredo Alberto Lezama-Garcia (2), Clever Andres Medina-Martinez (3), Edgar Johan Ravelo (4). (Attachments: # 1 Criminal Cover Sheet, # 2 Criminal Cover Sheet, # 3 Criminal Cover Sheet, # 4 Criminal Cover Sheet) (rb) [5:22-mj-00280-AMG] (Entered: 04/15/2022) |
| 04/15/2022 | 6 | MOTION to Seal Case by United States of America as to Chevalier Jesus Martinez, WIlfredo Alberto Lezama-Garcia, Clever Andres Medina-Martinez, Edgar Johan Ravelo. (rb) [5:22-mj-00280-AMG] (Entered: 04/19/2022) |

| | | |
|---|---|---|
| 04/15/2022 | 7 | ORDER granting 6 Motion to Seal Case as to Chevalier Jesus Martinez (1), WIlfredo Alberto Lezama-Garcia (2), Clever Andres Medina-Martinez (3), Edgar Johan Ravelo (4). Signed by Magistrate Judge Amanda Maxfield Green on 4/15/2022. (rb) [5:22-mj-00280-AMG] (Entered: 04/19/2022) |
| 04/26/2022 | | Case unsealed as to Chevalier Jesus Martinez, WIlfredo Alberto Lezama-Garcia, Clever Andres Medina-Martinez, Edgar Johan Ravelo. (lb) [5:22-mj-00280-AMG] (Entered: 04/26/2022) |
| 04/27/2022 | 35 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Clever Andres Medina-Martinez (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 36 | ORDER APPOINTING COUNSEL Edward M Blau for Clever Andres Medina-Martinez. Signed by Magistrate Judge Suzanne Mitchell on 4/27/22. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 37 | MINUTE ENTRY for proceedings held before Magistrate Judge Suzanne Mitchell: Initial Appearance as to Clever Andres Medina-Martinez held on 4/27/2022. Detention Hearing set for 5/4/2022 11:15 AM in Courtroom 102 before Magistrate Judge Suzanne Mitchell. Preliminary Hearing set for 5/4/2022 11:15 AM in Courtroom 102 before Magistrate Judge Suzanne Mitchell. Defendant remanded to custody of USMS. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 38 | ORDER that Rita Lyons is appointed as interpreter for dft Clever Andres Medina-Martinez. Signed by Magistrate Judge Suzanne Mitchell on 4/27/22. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 39 | ORDER Appointing Out of Court Interpreter Rita Lyons for dft Clever Andres Medina-Martinez. Signed by Magistrate Judge Suzanne Mitchell on 4/27/22. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 40 | WRITTEN OATH of Interpreter Rita Lyons as to dft Clever Andres Medina-Martinez (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 41 | ORDER OF TEMPORARY DETENTION as to Clever Andres Medina-Martinez. Signed by Magistrate Judge Suzanne Mitchell on 4/27/22. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 42 | DPPA-ORDER as to Clever Andres Medina-Martinez. Signed by Magistrate Judge Suzanne Mitchell on 4/27/22. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/27/2022 | 43 | NOTICE OF HEARING as to Clever Andres Medina-Martinez. Detention Hearing set for 5/4/2022 11:15 AM in Courtroom 102 before Magistrate Judge Suzanne Mitchell. Preliminary Hearing set for 5/4/2022 11:15 AM in Courtroom 102 before Magistrate Judge Suzanne Mitchell. (lb) [5:22-mj-00280-AMG] (Entered: 04/27/2022) |
| 04/28/2022 | 44 | ENTRY OF ATTORNEY APPEARANCE Charles William Brown appearing for USA. (Brown, Charles) [5:22-mj-00280-AMG] (Entered: 04/28/2022) |
| 05/04/2022 | 55 | MINUTE ENTRY for proceedings held before Magistrate Judge Suzanne Mitchell: Preliminary Hearing as to Clever Andres Medina-Martinez held on 5/4/2022. Detention Hearing as to Clever Andres Medina-Martinez held on 5/4/2022. Defendant released on unsecured bond with conditions of release. (lb) [5:22-mj-00280-AMG] (Entered: 05/05/2022) |

| 05/04/2022 | 56 | ORDER Setting Conditions of Release as to Clever Andres Medina-Martinez. Signed by Magistrate Judge Suzanne Mitchell on 5/4/2022. (lb) [5:22-mj-00280-AMG] (Entered: 05/05/2022) |
|---|---|---|
| 05/04/2022 | 57 | Appearance Bond as to Clever Andres Medina-Martinez (3) $5,000.00 Unsecured. Signed by Magistrate Judge Suzanne Mitchell on 5/4/2022. (lb) [5:22-mj-00280-AMG] (Entered: 05/05/2022) |
| 05/10/2022 | 61 | ENTRY OF ATTORNEY APPEARANCE: Edward M Blau appearing for Clever Andres Medina-Martinez (Blau, Edward)[5:22-mj-00280-AMG] Modified on 6/8/2022, document flattened (so). (Entered: 05/10/2022) |
| 05/10/2022 | 62 | ENTRY OF ATTORNEY APPEARANCE: Daniel Page appearing for Clever Andres Medina-Martinez (Page, Daniel)[5:22-mj-00280-AMG] Modified on 6/8/2022, document flattened (so). (Entered: 05/10/2022) |
| 05/17/2022 | 65 | INDICTMENT as to Chevalier Jesus Martinez (1) count(s) 1, 2, Clever Medina-Martinez (2) count(s) 1, 2, Wilfredo Lezama-Garcia (3) count(s) 1, Edgar Johan Ravelo (4) count(s) 1. (Attachments: # 1 Criminal Cover Sheet 1 - Chevalier Jesus Martinez, # 2 Criminal Cover Sheet 2 - Clever Medina-Martinez, # 3 Criminal Cover Sheet 3 - Wilfredo Lezama-Garcia, # 4 Criminal Cover Sheet 4 - Edgar Johan Ravelo) (so) (Entered: 05/18/2022) |
| 05/26/2022 | 69 | NOTICE OF HEARING as to Clever Medina-Martinez Arraignment set for 6/2/2022 01:00 PM in Courtroom 201 before Magistrate Judge Gary M. Purcell. (cps) (Entered: 05/26/2022) |
| 06/02/2022 | 74 | MINUTE ENTRY for proceedings held before Magistrate Judge Gary M. Purcell:Arraignment as to Clever Medina-Martinez (2) Count 1,2 held on 6/2/2022. Not Guilty Plea entered on counts ALL COUNTS. Jury Trial set for 7/12/2022 09:00 AM in Courtroom 503 before Judge Patrick R Wyrick. Dft released on previously posted bond with order setting conditions. (cps) (Entered: 06/02/2022) |
| 06/02/2022 | 75 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Clever Medina-Martinez. (cps) (Entered: 06/02/2022) |
| 06/02/2022 | 76 | DPPA-ORDER as to Clever Medina-Martinez. Signed by Magistrate Judge Gary M. Purcell on 6/2/2022. (cps) (Entered: 06/02/2022) |
| 06/13/2022 | 89 | JULY CRIMINAL TRIAL DOCKET: Docket Call set for 7/6/2022 01:30 PM in Courtroom 503 before Judge Patrick R Wyrick. Jury Trial set for 7/12/2022 09:00 AM in Courtroom 503 before Judge Patrick R Wyrick. (ks) (Entered: 06/13/2022) |
| 06/29/2022 | 99 | ORDER granting 96 defendant's joint unopposed motion to continue jury trial, striking case from the Court's July 2022 trial docket, resetting on case on the court's August 2022 trial docket and resetting the deadline for pretrial motions and notices go July 21, 2022 (as more fully set out in order), as to Chevalier Jesus Martinez (1). Signed by Judge Patrick R Wyrick on 6/29/2022. (ks) (Entered: 06/29/2022) |
| 06/29/2022 | | Set/Reset Deadlines/Hearings as to Chevalier Jesus Martinez, Clever Medina-Martinez: Jury Trial RESET on the August 2022 trial docket (8/9/2022 09:00 AM) in Courtroom 503 before Judge Patrick R Wyrick. (ks) (Entered: 06/29/2022) |
| 06/30/2022 | 101 | BRIEF re 97 Order, by United States of America (Brown, Charles) (Entered: 06/30/2022) |

| | | |
|---|---|---|
| 07/08/2022 | 103 | AUGUST CRIMINAL TRIAL DOCKET: Docket Call set for 8/3/2022 01:30 PM in Courtroom 503 before Judge Patrick R Wyrick. Jury Trial set for 8/9/2022 09:00 AM in Courtroom 503 before Judge Patrick R Wyrick. (ks) (Entered: 07/08/2022) |
| 07/20/2022 | 107 | NOTICE OF HEARING as to Clever Medina-Martinez: Change of Plea Hearing set for 8/5/2022 11:30 AM in Courtroom 503 before Judge Patrick R Wyrick. (ks) (Entered: 07/20/2022) |
| 08/02/2022 | 115 | ENTER ORDER as to Clever Medina-Martinez - The Change of Plea Hearing scheduled for Friday, August 5, 2022 at 11:30 a.m. is hereby stricken, to be reset at a later date. Signed by Judge Patrick R Wyrick on 8/2/2022. (ks) (Entered: 08/02/2022) |
| 08/08/2022 | 116 | NOTICE OF HEARING as to Clever Medina-Martinez: Change of Plea Hearing set for 8/23/2022 11:00 AM in Courtroom 503 before Judge Patrick R Wyrick. (ks) (Entered: 08/08/2022) |
| 08/23/2022 | 118 | MINUTE ENTRY for proceedings held before Judge Patrick R Wyrick: Change of Plea Hearing as to Clever Medina-Martinez held on 8/23/2022, Plea entered by Clever Medina-Martinez (2) Guilty Count 1. (Court Reporter Tracy Thompson) (ks) (Entered: 08/23/2022) |
| 08/23/2022 | 119 | WAIVER of Jury Trial by Clever Medina-Martinez. (ks) (Entered: 08/23/2022) |
| 08/23/2022 | 120 | PETITION To Enter a Plea of Guilty by Defendant Clever Medina-Martinez. (ks) (Entered: 08/23/2022) |
| 08/23/2022 | 121 | PLEA AGREEMENT as to Clever Medina-Martinez. (ks) (Entered: 08/23/2022) |
| 12/22/2022 | 151 | UNOPPOSED MOTION to Travel by Clever Medina-Martinez. (Blau, Edward) (Entered: 12/22/2022) |
| 12/22/2022 | 152 | ORDER granting 151 defendant's unopposed motion to travel, as to Clever Medina-Martinez (2). Signed by Judge Patrick R Wyrick on 12/22/2022. (ks) (Entered: 12/22/2022) |
| 02/27/2023 | 156 | MOTION to Seal Document *Sentencing Memorandum and Motion for Downward Variance* by Clever Medina-Martinez. (Blau, Edward) (Entered: 02/27/2023) |
| 03/01/2023 | 158 | NOTICE OF HEARING as to Clever Medina-Martinez: Sentencing set for 3/23/2023 10:00 AM in Courtroom 503 before Judge Patrick R Wyrick. (ks) (Entered: 03/01/2023) |
| 03/23/2023 | 162 | MINUTE ENTRY for proceedings held before Judge Patrick R Wyrick: Sentencing held on 3/23/2023 for Clever Medina-Martinez (2); Count 1, Defendant sentenced to a term of Probation for a term of 2 years; S/A Fee of $100 due immediately; Defendant ordered to pay restitution in the amount of $22,400.00 due immediately; Count 2, ORDER OF DISMISSAL. (Court Reporter Sherri Grubbs) (ks) (Entered: 03/23/2023) |
| 03/23/2023 | 163 | ORDER OF DISMISSAL that Count 2 of the Indictment returned on May 17, 2022, as to Clever Medina-Martinez, is dismissed. Signed by Judge Patrick R Wyrick on 3/23/2023. (ks) (Entered: 03/23/2023) |

| 03/23/2023 | 164 | JUDGMENT & Commitment as to Clever Medina-Martinez (2); Count 1, Defendant sentenced to a term of Probation for a term of 2 years; S/A Fee of $100 due immediately; Defendant ordered to pay restitution in the amount of $22,400.00 due immediately; Count 2, ORDER OF DISMISSAL. Signed by Judge Patrick R Wyrick on 3/23/2023. (ks) (Entered: 03/23/2023) |
| --- | --- | --- |
| 05/25/2023 | 166 | REQUEST for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Clever Medina-Martinez and Order. Signed by Judge Patrick R Wyrick on 22-199. (Attachments: # 1 Attachment - Waiver) (ks) (Entered: 05/25/2023) |
| 06/02/2023 | 167 | CJA 20 as to Clever Medina-Martinez: Authorization to Pay Ed Blau and associate Daniel Page. Voucher # 1087.1536229. Signed by Judge Patrick R Wyrick on 05/24/2023. Reviewed by Tenth Circuit 05/27/2023. (km) (Entered: 06/02/2023) |